JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN GALLARDO AND ANNIE GALLARDO, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A.; SPECIALIZED LOAN SERVICING LLC; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS SWABS, INC.; ASSET-BACKED CERTIFICATES, SERIES 2006-18; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 2:16-cv-00969-R-KS <br><br> (Los Angeles County Superior Court Case No.: VC065260) <br><br> **ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT** <br><br><br> Action Filed:    1-6-2016 |

## ORDER

By stipulation of all interested parties herein and good cause appearing therefore, it is hereby ORDERED as follows:

**IT IS ORDERED** that the parties agree to remand this case to Los Angeles County Superior Court, Norwalk Division under case number VC065260.

1    **IT IS FURTHER ORDERED** that the Parties agree that each shall bear its
2    own attorneys' fees and costs associated with the removal and remand.

3

4    **IT IS SO ORDERED.**

5

6    Dated:  March 10, 2016

7

8       MANUEL L. REAL
   UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28